| Case No. | **CV 18-10136-DMG (DFMx)** | Date | December 12, 2018 |
|---|---|---|---|
| Title | *JG Park Inc., et al. v. Planned Development Corp., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

On July 16, 2018, Plaintiff Planned Development Corp. filed a Complaint for Unlawful Detainer in Los Angeles County Superior Court against Defendant JG Park, Inc., dba Mission Launderland. Compl. at 6–8 [Doc. # 1].[1] On December 6, 2018, *pro se* litigant Soo Jin Kim filed a Removal Notice, apparently claiming that removal is proper pursuant to 28 U.S.C. sections 1331 and 1441(a) because Kim has filed for bankruptcy. *See* Removal Notice at 1–2 [Doc. # 1].

"[A] party seeking to remove a case to federal court has the burden of proving that all the requirements of removal have been met. That burden goes not only to the issue of federal jurisdiction, but also to questions of compliance with statutes governing the exercise of the right of removal." *See Parker v. Brown*, 570 F. Supp. 640, 642 (S.D. Ohio 1983); *accord Riggs v. Plaid Pantries, Inc.*, 233 F. Supp. 2d 1260, 1264 (D. Or. 2001). Kim has utterly failed to discharge that burden. Title 28 U.S.C. section 1441(a) authorizes only *defendants*, and *not non-parties*, to remove actions from state court to federal court. *See* 28 U.S.C. § 1441(a). Yet, the available record shows that Kim has not been named as a Defendant to the state court action. *See* Compl. at 6–8 [Doc. # 1]. Additionally, Kim's removal is untimely because he concedes that he was served with a copy of the Complaint on July 27, 2018—*i.e.*, more than thirty days before he filed the Removal Notice. *See* Removal Notice at 2 [Doc. # 1]; 28 U.S.C. § 1446(b)(1) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ."). Accordingly, the Court **REMANDS** this action to Los Angeles County Superior Court.

**IT IS SO ORDERED.**

---

[1] All page references herein are to page numbers inserted by the CM/ECF system.